# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

# JUDGE PHILIP A. BRIMMER

# COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Kathleen Finney | Date: August 30, 2010 |
| Court Reporter: Janet Coppock | Time: 53 minutes |

**CASE NO. 10-cv-01945-PAB-MEH**

| Parties | Counsel |
|---|---|
| **LORRAINE M. MOLLER,** | Maurice Allen Johnson |
| Plaintiff, | |
| vs. | |
| **ONEWEST BANK, FSB, and INDYMAC MORTGAGE SERVICES,** | No appearance |
| Defendants. | |

# MOTIONS HEARING

**1:36 p.m.    COURT IN SESSION**

APPEARANCE OF COUNSEL.

No appearances for defendants.

Opening statements by the Court.

Plaintiff's argument by Mr. Johnson.

Plaintiff's Exhibits 1, 2, and 10 offered and admitted.

**2:03 p.m.     COURT IN RECESS**

**2:19   p.m.    COURT IN SESSION**

Statements and questions by the Court.

For reasons stated on the record, it is

**ORDERED:**  Plaintiff's Motion for Temporary Restraining Order [Doc. No. 3, filed 8/27/2010] is **GRANTED.**  The Court will enjoin defendants from foreclosing on the first mortgage for the property as legally described on the record.

**ORDERED:**  This temporary restraining order will expire September 12, 2010.

**ORDERED:**  Plaintiff shall post security in the amount of $1000.

**ORDERED:**  A preliminary injunction hearing is set for September 9, 2010 at 9:00 a.m.

**2:45 p.m.     COURT IN RECESS.**

**Total in court time:        53 minutes**

**Hearing concluded.**